IN RE: JEANFREAU                          CASE NO. 11-10343 B

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

106
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
JEANFREAU, SEAN PAUL (11-10343 B)
92008032324966
COMBINED SMALL CHECK

TID # 380220

Date    11/07/2011

$ ***********2.98

~~~Two Dollars and 98/100

Pay to the Order of    Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈⋮00000106⋮⑈  ⑆043302493⑆ 92008032324966⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229329    — KW
**COPY**
November 10, 2011
10:05:09

UNC.UNDER$25
11-10343
Debtor.: SEAN PAUL JEANFREAU
Trustee: Aaron Caillouet
Amount.:          $2.98 CH
Check#.: 106

Total-> $2.98

FROM: CAILLOUET

11/10/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000)
DUE: SEE ATTACHED.

Printed: 11/07/11 11:38 AM

Page: 1

# Claims Distribution Small Checks

Case: 11-10343 - JEANFREAU, SEAN PAUL

Trustee: AARON CAILLOUET (380220)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 20080032324966 | 106 | 11/07/11 | | | | Payee: Clerk, U.S. Bankruptcy Court | | | Check Amount: | $2.98 |
| | | | 2 | 03/25/11 | 610 | Chase Bank USA, N.A. | 2,484.17 | 2,484.17 | 1.40 | 1.40 |
| | | | 4 | 04/01/11 | 610 | Asset Acceptance | 2,716.97 | 2,716.97 | 1.52 | 1.52 |
| | | | 6 | 04/20/11 | 610 | TAX COLLECTOR PARISH OF ST TAMMANY | 100.45 | 100.45 | 0.06 | 0.06 |

(*) Denotes objection to Amount Filed